UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN - 4 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

CHARLES EDWARD O'NEIL

Reg. No.

_(Enter above the full name of the plaintiff
or plaintiffs in this action)._

_(Inmate Reg.# of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. _5:07-0358_
_(Number to be assigned by Court)_

UNITED STATES OF AMERICA; Marty Anderson; David Ellis; Dr. Dominick McLain;

Robin Franco; Kenneth Kaiser; Robin Lipps; Scotty Rose; Sherri Taylor;

K. Rose; Kevin Thompson; Richard H. Russell; Sue Engels; James Blankenshi;

Dr. N. Rehberg; Kate McDaniel; Jerri Kirkland; Dr. Syed Rasheed,
_(Enter above the full name of the defendant
or defendants in this action)._

## COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment?

Yes ____    No _XX_

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit

        Plaintiffs:  _____

                      _____

                      _____

        Defendants: _____

                      _____

                      _____

    2.  Court (if federal court, name the district; if state court, name the county):

        _____

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed?  Is it still pending?)

        _____

        _____

    6.  Approximate date of filing lawsuit:_____

    7.  Approximate date of disposition:_____

II. **Place of Present Confinement:** FCI Beckley, P.O. Box 350, Beaver,WV.25813

    A.   Is there a prisoner grievance procedure in this institution?

          Yes <u>XX</u>          No _____

    B.   Did you present the facts relating to your complaint in the Federal prisoner grievance procedure?

          Yes <u>XX</u>          No _____

    C.   If your answer is YES:

        1.   What steps did you take? I filed the Administrative Remedy steps BP-8 1/2, BP-9, BP-10, and BP-11, and all appeals.

        2.   What was the result? All my Administrative Remedy steps was denied at each level.

    D.   If your answer is NO, explain why not:_____

_____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.   Name of Plaintiff: Charles Edward O'Neil  Reg.No.16380-058

        Address: FCI Beckley, P.O. Box 350, Beaver,WV.25813

    B.   Additional Plaintiffs and Address:_____

_____

_____

_____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant _Dr. Dominick McLain_____

      is employed as _Doctor/Clinical Director_____

      at _FCI Beckley, P.O. Box 350,Beaver,WV,25813_____

D.    Additional defendants: _UNITED STATES OF AMERICA; Marty Anderson;_

      David Ellis; Robin Franco; Kenneth Kaiser; Robin Lipps; Scotty Rose

      Sherri Taylor; K. Rose; Kevin Thompson; Richard H. Russell; Sue Engels

      James Blankenship; Dr. N. Rehberg; Kate McDaniel; Jerri Kirkland; Dr.
      Syed Rasheed

## IV.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheet if necessary).

(SEE ATTACHMENT)

_____

_____

_____

_____

_____

_____

**IV. Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments.  Cite no cases or statutes.

**(SEE ATTACHMENT)**

_____

_____

_____

_____

_____

_____

_____

## V. Relief (continued)

_____

_____

_____

_____

_____

## VII.   Counsel

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

**N/A**
_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _XX_          No_____

If so, state the name(s) and address(es) of each lawyer contacted:

Anthony J. Sparacino, Jr., 129 Main Street, Suite 302, P.O. Box 5474, Beckley, WV.25801, Jeffrey T. Jones, PLLC, P.O. Box 3809, Charleston,WV.25338-3809, Meyer & Ford, 120 Capitol Street, P.O. Box 11090, Charleston,WV.25339-1090, Pullin, Fowler & Flanagan, PLLC, Suite 100, 300 N. Kanawha Street, Beckley,WV. 25801.

If not, state your reasons:_____

_____

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No_XX_

If so, state the lawyer's name and address:

_____

_____

Signed this ___4th___ day of ___June___, 19___.

_____

Charles Edward O'Neil Reg.No.16380-058

FCI Beckley, P.O. Box 350

Beaver,WV.25813 *Charles E. O'Neil*

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-4-2007___
(Date)

*Charles E. O'Neil*

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)